COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING EN BANC

Case number:  01-11-00969-CV

Style:  *Alan McGilbery v. Doris Felix McGilbery*

Date motion filed:  December 21, 2012

Party filing motion:  Appellant, Alan McGilbery

A majority of the Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature:  /s/ Jane Bland
   Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:  February 8, 2013.